UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHANG SHUN LI, Individually and on :
Behalf of All Other Persons Similarly Situated, :
                                                       :      **Case No. 15-cv-6886(AJN)(JCF)**
                             Plaintiffs, :
                                            -against- :

ARATA IZUMI JAPANESE RESTAURANT, :
INC. d/b/a Izumi Sushi; 28 ST IZUMI JAPANESE :
RESTAURANT LLC d/b/a Izumi Sushi; IZUMI :
JAPANESE RESTAURANT, INC. d/b/a Izumi :
Sushi; WEN DI LIU; JANE DOE and :
MIN YUAN ZHENG :
                                         Defendants. :
------------------------------------------------------------X

<u>PLAINTIFF CHANG SHUN LI'S MOTION TO COMPEL DISCOVERY</u>

      **PLEASE TAKE NOTICE THAT** Pursuant to Rules 26 and 37 of the Federal Rules of Civil Procedure, Plaintiff Chang Shu Li ("Plaintiff"), through his undersigned counsel, hereby moves this Court to compel Arata Izumi Japanese Restaurant, Inc. d/b/a Izumi Sushi; 28 St. Izumi Japanese Restaurant LLC d/b/a Izumi Sushi; Izumi Japanese Restaurant, Inc. d/b/a Izumi Sushi; Wen Di Liu; Jane Doe and Min Yuan Zheng (collectively called "Defendants") to produce their automatic initial disclosures, answers to Plaintiff's First Set of Interrogatories, as well as respond to Plaintiff's First Request for Production of Documents. Plaintiff also

      **PLEASE TAKE FURTHER NOTICE THAT** Plaintiff is also motioning for the Court to move to order Defendant to pay Plaintiff the attorneys' fees and costs of bringing this Motion pursuant to Federal Rule of Civil Procedure 37(a)(4).

Date:  Flushing, New York           Respectfully submitted,
      June 23, 2016                       TROY LAW, PLLC

                                                                  <u>/s/ John Troy</u>
                                                                   John Troy
                                                                   41-25 Kissena Blvd., Suite 119
                                                                   Flushing, NY 11355
                                                                   Tel: (718) 762-1324
                                                                   Fax: (718) 762-1342
                                                                   Email: johntroy@troypllc.com
                                                                   *Attorneys for Plaintiff*